# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:24-cr-00043-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **Order for Issuance of Writ of Habeas Corpus Ad Prosequendum for Juan Luis Curiel-Carrillo (Inmate Jail ID # P00033720)** |
| JUAN LUIS CURIEL-CARRILLO, | |
| Defendant. | |

Upon reading the Government's petition, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of JUAN LUIS CURIEL-CARRILLO to the Washoe County Sheriff's Office, Reno, Nevada, for the purpose of an initial appearance before the United States Magistrate Judge, on or about **Monday, October 20, 2025**, at the hour of **3:00 p.m.**, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 10/8/2025

_____
HONORABLE CARLA L. BALDWIN
UNITED STATES MAGISTRATE JUDGE